# EXHIBIT 1

Case 1:26-cv-03157    Document 1-1    Filed 04/17/26    Page 2 of 24

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SPL HOLDING CORPORATION,

                              Plaintiff,

-vs-

BANK OF BARODA,

                              Defendant.

Index No.:

Venue:  Plaintiff designates New York County as the place of trial. The basis of this designation is Defendant maintains a place of business in such county.

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED to answer the Complaint in the above-entitled action and to serve a copy of your Answer or, if the Complaint is not served with this Summons, to serve a Notice of Appearance, on the Plaintiff's attorney within 20 days after service of this Summons, exclusive of the day of service (or within 30 days after service is complete if this Summons is not personally delivered to you within the State of New York), and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
       March 6, 2026

NORRIS McLAUGHLIN, P.A.

By:*/s/ Melissa A. Pena*
Melissa A. Pena, Esq.
7 Times Square, 21st Floor
New York, New York 10036
mapena@norris-law.com
(212) 808-0700

Defendant's Address:
Bank of Baroda
One Park Avenue
New York, NY  10016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SPL HOLDING CORPORATION,

                Plaintiff,

-vs-

BANK OF BARODA,

                Defendant.

Index No.:

**COMPLAINT**

Plaintiff, SPL Holding Corporation ("SPL" or "Plaintiff"), by and through its undersigned counsel, alleges for its Complaint against Bank of Baroda ("Defendant" or "Bank") as follows:

## PARTIES

1.      Plaintiff, SPL Holding Corporation is a company organized under the laws of Delaware.

2.      Defendant, Bank of Baroda is a foreign bank existing under the laws of India. Defendant conducts business in the State of New York and maintains an address at One Park Avenue, New York, New York 10016.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over this matter pursuant to CPLR §§ 301 and 302 because Defendant conducts business in New York.

4.      Venue is proper in New York County pursuant to CPLR § 503 because Defendant maintains an office in this County.

## STATEMENT OF FACTS

5. Bank of Baroda provided various commercial loans to Newton Engineering & Chemicals Ltd. (the "Borrower"). The subject loans were secured by a mortgage on real property located at 342 EPC Canal Road, Dudhwada, TA-Padra, Gujarat, INDIA (the "Property").

6. On October 30, 2017, Bank of Baroda commenced proceedings in the Debt Recovery Tribunal of India (the "India Court") against Borrower to foreclose its mortgage lien on the Property.

7. On October 20, 2020, the India Court entered a judgment in favor of Bank of Baroda permitting it to proceed with a sale of the Property pursuant to the SARFAESI Act.

8. Thereafter, the Bank issued multiple advertisements noticing an e-auction sale of the Property.

9. On November 10, 2020, Bank proceeded with an e-action sale of the Property. Sphere Specialty Chemicals Private Limited ("Sphere"), a wholly owned subsidiary of Plaintiff, was the highest bidder at the sale having bid the sum of Rs. 112,170,000 or $1,238,556.57 (the "Bid Amount").

10. On November 10, 2020, Bank emailed Sphere confirming that it was the highest bidder at the sale and stating that in accordance with the sale notice and SARFAESI Act, Sphere was required to deposit twenty-five (25%) percent of the Bid Amount or Rs.28042500 or $309,658.78 no later than November 11, 2020 and the remaining balance of Rs. 84127500 or $928,917.43 shall be paid on or before November 25, 2020.

11. As the parent company of Sphere, Plaintiff, a U.S. Company, wired the funds from the United States to pay the Bid Amount. With funds provided by Plaintiff, Sphere timely paid the Bid Amount to Bank of Baroda. On February 16, 2021, the Bank confirmed receipt of the total

2

Bid Amount. Annexed hereto as Exhibit A is a true and accurate copy of a correspondence from Bank of Baroda confirming receipt of the Bid Amount with the Swift Confirmations for the Funds Transferred from the USA a New York Bank Account.

12. Given Sphere's payment of the Bid Amount, on March 10, 2021, Bank executed a Deed of the Property in favor of Sphere. Annexed hereto as Exhibit B is a true and accurate copy of the Deed.

13. Thereafter, litigation ensued entitled *The vandha arji by third party Patel Miteshkumar Magabnbhasi against Bank of Baroda* seeking to vacate the sale and the Deed (the "Litigation"). As a result, Bank of Baroda was unable to deliver clean title to the Property to Sphere.

14. Although the Bank has not delivered clean title to the Property, it has retained the Bid Amount.

15. Further, Sphere intended to utilize the Property as a chemical plant to manufacture pharmaceuticals. In reliance on the Deed, Sphere incurred cost to ready the Property to convert to a chemical plant. From 2021-2022, Sphere has incurred costs totaling Rs. 19675931 or $217,271.07.

16. Sphere also had contracts to manufacture products, which manufacturing was to occur on the Property. Under the contracts, Sphere was to manufacture product for CAF International Corp. and Neico Northeast Ingredients Company for the sum of Rs. 724474936.79 or $8 million per year for five (5) years. Because Bank could not deliver clean title to Sphere, Sphere was unable to manufacture the product resulting in aggregate loss of $32,000,000.

3

Case 1:26-cv-03157   Document 1-1   Filed 04/17/26   Page 6 of 24

17.     In connection with the Litigation, Defendant admitted that Sphere could not use the land to install the plant for export production, which requires third-party interest for financing, nor can it sell to any third party.

18.     Sphere has sent multiple demands to Bank of Baroda seeking return of the Bid Amount, stamp duty paid, interest and the costs of civil works and lost profits.  Bank of Baroda has ignored each and every demand.

19.     Bank continues to retain the Bid Amount when it still has not provided clear title to the Property.

20.     Sphere assigned its winning bid from the sale of the Property and its claim against Defendant to Plaintiff given Plaintiff's funds were utilized to pay the Bid Amount and ready the Property.

21.     Under Section 13 of the SARFAESI Act, a seller of secured property is required to deliver clean and marketable title to the purchaser.

22.     Section 13(6) of SARFAESI provides that any transfer of a secured asset shall vest in the purchaser all rights "as if the transfer had been made by the owner," meaning the transfer must be free of encumbrances.

## AS AND FOR A FIRST CAUSE OF ACTION
### Breach of Contract

23.     Plaintiff repeats and realleges the preceding paragraphs as if set forth at length herein.

24.     The terms of sale and Deed constitute a binding contract whereby Defendant is required to convey clean title of the Property to Plaintiff.

25.     Defendant has breached such agreement by failing to convey clean title to the Property.

4

Case 1:26-cv-03157   Document 1-1   Filed 04/17/26   Page 7 of 24

26.     As a result, Plaintiff has suffered damages in an amount at least equal to Rs.250 Crores or $30,000,000.00.

## AS AND FOR A SECOND CAUSE OF ACTION
### Breach of Covenant of Good Faith and Fair Dealing

27.     Plaintiff repeats and realleges the preceding paragraphs as if set forth at length herein.

28.     A covenant of good faith and fair dealing applies to the terms of sale and the Deed.

29.     The covenant requires that each party to a contract act in good faith in performing its obligations under the contract and deal fairly with the other parties to the contract.  The covenant of good faith and fair dealing protects the bargained-for terms of the agreement.

30.     Actions taken in bad faith or with an improper motive to injure the rights of the other party to receive the benefits or reasonable expectations of the contract constitutes a breach of the implied covenant.

31.     Defendant's failure to deliver clean title to the Property constitutes a breach of the implied covenant of good faith and fair dealing.

## AS AND FOR A THIRD CAUSE OF ACTION
### Unjust Enrichment

32.     Plaintiff repeats and realleges the preceding paragraphs as if set forth at length herein.

33.     Bank of Baroda has been enriched by the foregoing conduct, including but not limited to retaining the Bid Amount while failing to deliver clean title to the Property.

WHEREFORE, Plaintiff respectfully request that this Court enter judgment in its favor on all counts of the Complaint against Defendant as follows:

(a) Awarding Plaintiff damages in the amount at least equal to $30,217,271.07;

5

Case 1:26-cv-03157   Document 1-1   Filed 04/17/26   Page 8 of 24

(b) Awarding Plaintiff interest, attorneys' fees and costs; and

(c) Granting such other and further relief as the Court deems just and proper.

Dated: March 6, 2026
       New York, New York

NORRIS McLAUGHLIN, P.A.

*/s/ Melissa Peña*
Melissa A. Peña, Esq.
7 Times Square, 21st Floor
New York, New York 10036
(212) 808-0700

*Attorney for Plaintiff*

6

Case 1:26-cv-03157 Document 1-1 Filed 04/17/26 Page 9 of 24

# EXHIBIT A




**Bank of Baroda**

**BOB/ZOSARB/**

**16.02.2021**

**Sphere Speciality Chemical Pvt Ltd**
Block No 342, Effluent Canal Road,
At and PO-Dudhwada, Taluka Padra,
District Vadodara-391440

**Dear Sir/Madam,**

**Ref:- Receipt of payment in terms of E-auction held on 10.11.2020 for property Situated at Dudhwada, Tal. Padra more particularly described in Eauction notice dated 15.10.2020.**

We confirm that we have received the full payment in terms of E-auction dated 10.11.2020 for property Situated at Dudhwada, Tal. Padra more particularly described in Eauction notice dated 15.10.2020 in following manner:

| Date | Amount |
|---|---|
| 12.11.2020 | 11207000.00 |
| 11.11.2020 | 16825500.00 |
| 28.01.2021 | 10000000.00 |
| 01.02.2021 | 20000000.00 |
| 02.02.2021 | 32180000.00 |
| 04.02.2021 | 21116225.00 |
| **Sub Total** | **111328725.00** |
| TDS deposited by you towards sale price | 841275.00 |
| **Total** | **112170000.00** |

We further inform you that Sale of the said property is subject to outcome of SA No. 154/2018 pending in DRT-II, Ahmedabad.

This letter issued on your specific request.



**Authorized officer**
**Bank of Baroda**

अंचल दबावग्रस्त आस्ति वसूली शाखा : चौथी मंजिल, सुरज प्लाझा-III, सयाजीगंज, बडौदा- 390 005. गुजरात, भारत.
Zonal Stress Assets Recovery Branch : 4th Floor, Suraj Plaza-III, Sayajigunj, Baroda-390 005. Gujarat, India.
फोन /Phone : 0265-2360022 / 2360033 E : armsgz@bankofbaroda.com Web.: www.bankofbaroda.com

# Habib American Bank

**Iselin Branch**
**1667 Oak Tree Road, Edison, NJ 08820**
**Phone: (732) 205-1777  Fax: (732) 205-1772**
**SWIFT: HANYUS33XXX**

## Inward Message Serial 13288366

| | |
|---|---|
| **Message Type** | : Customer Payment |
| **Channel** | : SWIFT |
| **Stage** | : Completed |
| **Amount** | : 310,000.00 |
| **Creation Date** | : Feb 03 2021 01:40:57 PM |
| **Value Date** | : 03-Feb-2021 |
| **Related Reference** | : |
| **Sender Reference** | : |
| **Message Text** | : |

```
Reference          :
Amount             : USD 310,000.00
Value Date         : 03 Feb 2021
Debit Account      : SPL HOLDING CORPORATION (    1108)
Credit Party       :      0089 CITIBANK, N.A. NEW YORK, NY
Party 3            : S/INDBINBBXXX INDUSIND BANK LIMITED (MUMBAI) INDUSIND HOUSE 425 LAMINGTON ROAD
                     MUMBAI 400004
Party 4            : INDUSIND BANK, 456 GOLDCRAFT BLDG JETALPUR ROAD BARODA 390007 ISFC CODE
                     INDB0000017 MICR CODE 390234001
Party 5            :      1941 SPHERE SPECIALTY CHEMICAL PRIVATE LIMITED.
OBI                : TT/HAB/NJ/6614/2021 PAYMENT FOR PURCHASE OF EQUITY SHARES OF SPECIALTY CHEMICAL
                     PRIVATE LIMITED.
Ordering Institution :      7362 HABIB AMERICAN BANK (NEW YORK,NY) 99 MADISON AVENUE NEW YORK,NY 10016
                     NEW YORK,NY
Ordering Party     :      1108 SPL HOLDING CORPORATION (    1108)
```

## Outward Message Number 14232835

| | |
|---|---|
| **Message Type** | : General Bank Payment |
| **Channel** | : Fedwire |
| **Stage** | : Completed |
| **Message Text** | : |

```
#FMHFTI0811 01XFT811  {1500}30GWY00227P {1510}1000{1520}20210203MMQFMPSN
{2000}000031000000{3100}026007362HABIB AMERICAN BAN*{3320}9900400014232835*{3400}021000089CITIBANK,
N.A.*{3600}CTP{3610}COVS{4200}BINDBINBBXXX*INDUSIND BANK LIMITED(MUMBAI)*INDUSIND HOUSE*425 LAMINGTON
ROAD*MUMBAI 400004*{4320}9900400014232835*{5000}BHANYUS33XXX*HABIB AMERICAN BANK(NEW YORK,NY)*99 MADISON
AVENUE*NEW YORK,NY 10016*NEW YORK,NY*{6000}TT/HAB/NJ/6614/2021*PAYMENT FOR PURCHASE OF EQUITY*SHARES
OF*SPECIALTY CHEMICAL PRIVATE LIMITED.*{6500}/BNF/COVER THRU CITIUS33XXX*{7050}:50K:*    1108*SPL
HOLDING CORPORATION*45 RIVER ROAD SUITE # 100*FLEMINGTON NJ
08822*{7052}:52A:*HANYUS33XXX*{7056}:56A:*INDBINBBXXX*{7057}:57D:*INDUSIND BANK, 456 GOLDCRAFT
BLDG*JETALPUR ROAD BARODA 390007 ISFC*CODE INDB0000017 MICR CODE*390234001*{7059}:59:      91941*SPHERE
SPECIALTY CHEMICAL*PRIVATE LIMITED.*
```

**Response Message Text  :**

```
#FMHFTFR12  01GWY00227O0203MMQFMPSN0015002031723FT012 0203B1Q8021R04123802031723FT0120212021
#FMHFTI0811 01XFT811  {1500}30GWY00227P
{1510}1000{1520}20210203MMQFMPSN000150{2000}000031000000{3100}026007362HABIB AMERICAN
BAN*{3320}9900400014232835*{3400}021000089CITIBANK, N.A.*{3600}CTP{3610}COVS{4200}BINDBINBBXXX*INDUSIND
BANK LIMITED(MUMBAI)*INDUSIND HOUSE*425 LAMINGTON ROAD*MUMBAI
```

## Habib American Bank

**Iselin Branch**

**1667 Oak Tree Road, Edison, NJ 08820**

**Phone: (732) 205-1777  Fax: (732) 205-1772**

**SWIFT: HANYUS33XXX**

400004*{4320}9900400014232835*{5000}BHANYUS33XXX*HABIB AMERICAN BANK(NEW YORK,NY)*99 MADISON AVENUE*NEW YORK,NY 10016*NEW YORK,NY*{6000}TT/HAB/NJ/6614/2021*PAYMENT FOR PURCHASE OF EQUITY*SHARES OF*SPECIALTY CHEMICAL PRIVATE LIMITED.*{6500}/BNF/COVER THRU CITIUS33XXX*{7050}:50K:*████1108*SPL HOLDING CORPORATION*45 RIVER ROAD SUITE # 100*FLEMINGTON NJ 08822*{7052}:52A:*HANYUS33XXX*{7056}:56A:*INDBINBBXXX*{7057}:57D:*INDUSIND BANK, 456 GOLDCRAFT BLDG*JETALPUR ROAD BARODA 390007 ISFC*CODE INDB0000017 MICR CODE*390234001*{7059}:59:████1941*SPHERE SPECIALTY CHEMICAL*PRIVATE LIMITED.*

# Habib American Bank

**Iselin Branch**
1667 Oak Tree Road, Edison, NJ 08820
Phone: (732) 205-1777  Fax: (732) 205-1772
SWIFT: HANYUS33XXX

## Inward Message Serial 13278847

| | |
|---|---|
| **Message Type** | : Customer Payment |
| **Channel** | : SWIFT |
| **Stage** | : Completed |
| **Amount** | : 450,000.00 |
| **Creation Date** | : Feb 01 2021 02:06:29 PM |
| **Value Date** | : 01-Feb-2021 |
| **Related Reference** | : |
| **Sender Reference** | : |
| **Message Text** | : |

```
Reference          :
Amount             : USD 450,000.00
Value Date         : 01 Feb 2021
Debit Account      : SPL HOLDING CORPORATION     1108)
Credit Party       :       00021 JPMORGAN CHASE BANK, NA NEW YORK, NY NEW YORK, NY
Party 3            : S/INDBINBBXXX INDUSIND BANK LIMITED (MUMBAI) INDUSIND HOUSE 425 LAMINGTON ROAD
                     MUMBAI 400004
Party 4            :          1941 SPHERE SPECIALTY CHEMICAL PRIVATE LTD
BBI                : /REC/IFIC INDB0000017
OBI                : TT/HAB/HICKS/2044/21 PAYMENT FOR PURCHASE OE EQUITY SHARES OD SPHERE SPECIALTY
                     CHEMICAL PRIVATE LIMITED.
Ordering Institution :          7362 HABIB AMERICAN BANK (NEW YORK,NY) 99 MADISON AVENUE NEW YORK,NY 10016
                     NEW YORK,NY
Ordering Party     :          1108 SPL HOLDING CORPORATION (       1108)
```

## Outward Message Number 14218228

| | |
|---|---|
| **Message Type** | : General Bank Payment |
| **Channel** | : CHIPS |
| **Stage** | : Completed |
| **Message Text** | : |

```
CM-07360003134P20210201153925XXXXXXXXXXXXXXXX-MCQT-10[201]04202102010736[211]0002B11[260]000045000000[270-
]218228[303]COVER[320]9900400014218228*[321]9900400014218228*[420]BINDBINBB*[502]BHANYUS33XXX*HABIB
AMERICAN BANK(NEW YORK,NY)*99 MADISON AVENUE*NEW YORK,NY 10016*NEW YORK,NY*[650]/BNF/COVER THRU
CHASUS33XXX*[820]032403:50K:/      1108
SPL HOLDING CORPORATION
45 RIVER ROAD SUITE  100
FLEMINGTON NJ 08822
:52A:HANYUS33XXX
:57A:INDBINBBXXX
:59:/      1941
SPHERE SPECIALTY CHEMICAL PRIVATE
LTD
:70:TT/HAB/HICKS/2044/21
PAYMENT FOR PURCHASE OE EQUITY
SHARES OD SPHERE SPECIALTY CHEMICAL
PRIVATE LIMITED.
:72:/REC/IFIC       0017
```

# Habib American Bank

**Iselin Branch**

**1667 Oak Tree Road, Edison, NJ 08820**

**Phone: (732) 205-1777  Fax: (732) 205-1772**

**SWIFT: HANYUS33XXX**

-TQ

## Response Message Text    :

CM-07360008471P20210201153927PASSWORD123!@#$%-MCQT-38[038]042021020107361011539260029810029810051421615392-
60029811539263-TQ

Case 1:26-cv-03157    Document 1-1    Filed 04/17/26    Page 15 of 24

## Habib American Bank

**Iselin Branch**

**1667 Oak Tree Road, Edison, NJ 08820**

**Phone: (732) 205-1777  Fax: (732) 205-1772**

**SWIFT: HANYUS33XXX**

## Inward Message Serial 13272213

| | | |
|---|---|---|
| **Message Type** | : Customer Payment |
| **Channel** | : SWIFT |
| **Stage** | : Completed |
| **Amount** | : 280,000.00 |
| **Creation Date** | : Jan 29 2021 12:48:56 PM |
| **Value Date** | : 29-Jan-2021 |
| **Related Reference** | : |
| **Sender Reference** | : |
| **Message Text** | : |

```
Reference           :
Amount              :  USD 280,000.00
Value Date          :  29 Jan 2021
Debit Account       :  SPL HOLDING CORPORATION (      1108)
Credit Party        :        0089 CITIBANK, N.A. NEW YORK, NY
Party 3             :  S/INDBINBBXXX INDUSIND BANK LIMITED (MUMBAI) INDUSIND HOUSE 425 LAMINGTON ROAD
                       MUMBAI 400004
Party 4             :        91941 SPHERE SPECIALTY CHEMICAL PRIVATE LTD
BBI                 :  /REC/IFSC INDB0000017
OBI                 :  tt/hab/nj/6594/2021 payment for purhase of equity shares of sphere specialty
                       chemical private limited.
Ordering Institution :       7362 HABIB AMERICAN BANK (NEW YORK,NY) 99 MADISON AVENUE NEW YORK,NY 10016
                       NEW YORK,NY
Ordering Party      :  /     1108 SPL HOLDING CORPORATION (      1108)
```

## Outward Message Number 14209795

| | | |
|---|---|---|
| **Message Type** | : General Bank Payment |
| **Channel** | : Fedwire |
| **Stage** | : Completed |
| **Message Text** | : |

```
#FMHFTI0811 01XFT811  {1500}30GWY00227P {1510}1600{1520}20210129MMQFMPSN
{2000}000028000000{3100}026007362HABIB AMERICAN BAN*{3320}9900400014209795*{3400}021000089CITIBANK,
N.A.*{3600}CTP{3610}COVS{4200}BINDBINBBXXX*INDUSIND BANK LIMITED(MUMBAI)*INDUSIND HOUSE*425 LAMINGTON
ROAD*MUMBAI 400004*{4320}9900400014209795*{5000}BHANYUS33XXX*HABIB AMERICAN BANK(NEW YORK,NY)*99 MADISON
AVENUE*NEW YORK,NY 10016*NEW YORK,NY*{6000}TT/HAB/NJ/6594/2021*PAYMENT FOR PURHASE OF EQUITY*SHARES OF
SPHERE SPECIALTY CHEMICAL*PRIVATE LIMITED.*{6500}/BNF/COVER THRU CITIUS33XXX*{7050}:50K:*/     1108*SPL
HOLDING CORPORATION*45 RIVER ROAD SUITE # 100*FLEMINGTON NJ
08822*{7052}:52A:*HANYUS33XXX*{7057}:57A:*INDBINBBXXX*{7059}:59:*/     1941*SPHERE SPECIALTY CHEMICAL
PRIVATE*LTD*{7072}:72:*/REC/IFSC INDB0000017*
```

**Response Message Text    :**

```
#FMHFTFR12  01GWY002270129MMQFMPSN00014301291744FT012 0129B1Q8021R09034001291744FT0120212021
#FMHFTI0811 01XFT811  {1500}30GWY00227P
{1510}1600{1520}20210129MMQFMPSN000143{2000}000028000000{3100}026007362HABIB AMERICAN
BAN*{3320}9900400014209795*{3400}021000089CITIBANK, N.A.*{3600}CTP{3610}COVS{4200}BINDBINBBXXX*INDUSIND
BANK LIMITED(MUMBAI)*INDUSIND HOUSE*425 LAMINGTON ROAD*MUMBAI
400004*{4320}9900400014209795*{5000}BHANYUS33XXX*HABIB AMERICAN BANK(NEW YORK,NY)*99 MADISON AVENUE*NEW
YORK,NY 10016*NEW YORK,NY*{6000}TT/HAB/NJ/6594/2021*PAYMENT FOR PURHASE OF EQUITY*SHARES OF SPHERE
```

# Habib American Bank

**Iselin Branch**

**1667 Oak Tree Road, Edison, NJ 08820**

**Phone: (732) 205-1777  Fax: (732) 205-1772**

**SWIFT: HANYUS33XXX**

SPECIALTY CHEMICAL*PRIVATE LIMITED.*{6500}/BNF/COVER THRU CITIUS33XXX*{7050}:50K:*/█████1108*SPL HOLDING
CORPORATION*45 RIVER ROAD SUITE # 100*FLEMINGTON NJ
08822*{7052}:52A:*HANYUS33XXX*{7057}:57A:*INDBINBBXXX*{7059}:59:*/████████1941*SPHERE SPECIALTY CHEMICAL
PRIVATE*LTD*{7072}:72:*/REC/IFSC INDB0000017*

# Habib American Bank

## Iselin Branch

**1667 Oak Tree Road, Edison, NJ 08820**
**Phone: (732) 205-1777  Fax: (732) 205-1772**
**SWIFT: HANYUS33XXX**

## Inward Message Serial 13254647

| | |
|---|---|
| **Message Type** | : Customer Payment |
| **Channel** | : SWIFT |
| **Stage** | : Completed |
| **Amount** | : 140,000.00 |
| **Creation Date** | : Jan 25 2021 01:53:48 PM |
| **Value Date** | : 25-Jan-2021 |
| **Related Reference** | : |
| **Sender Reference** | : |
| **Message Text** | : |

```
Reference             :
Amount                : USD 140,000.00
Value Date            : 25 Jan 2021
Debit Account         : SPL HOLDING CORPORATION (      1108)
Credit Party          :       0021 JPMORGAN CHASE BANK, NA NEW YORK, NY NEW YORK, NY
Party 3               : S/INDBINBBXXX INDUSIND BANK LIMITED (MUMBAI) INDUSIND HOUSE 425 LAMINGTON ROAD
                        MUMBAI 400004
Party 4               :       1941 SPHERE SPECIALTY CHEMICAL PRIVATE LTD
BBI                   : /REC/IFSC : INDB0000017
OBI                   : TT/HAB/NJ/6569/21 PAYMENT FOR PURCHASE OF EQUITY SHARE OF SPHERE SPECIALTY
                        CHEMICAL PVT LTD
Ordering Institution  :       7362 HABIB AMERICAN BANK (NEW YORK,NY) 99 MADISON AVENUE NEW YORK,NY 10016
                        NEW YORK,NY
Ordering Party        :       1108 SPL HOLDING CORPORATION (      1108)
```

## Outward Message Number 14183544

| | |
|---|---|
| **Message Type** | : General Bank Payment |
| **Channel** | : Fedwire |
| **Stage** | : Completed |
| **Message Text** | : |

```
#FMHFTI0811 01XFT811  {1500}30GWY00227P {1510}1000{1520}20210125MMQFMPSN
{2000}000014000000{3100}026007362HABIB AMERICAN BAN*{3320}9900400014183544*{3400}021000021JPMORGAN CHASE
BAN*{3600}CTP{3610}COVS{4200}BINDBINBBXXX*INDUSIND BANK LIMITED(MUMBAI)*INDUSIND HOUSE*425 LAMINGTON
ROAD*MUMBAI 400004*{4320}9900400014183544*{5000}BHANYUS33XXX*HABIB AMERICAN BANK(NEW YORK,NY)*99 MADISON
AVENUE*NEW YORK,NY 10016*NEW YORK,NY*{6000}TT/HAB/NJ/6569/21*PAYMENT FOR PURCHASE OF EQUITY*SHARE OF
SPHERE SPECIALTY CHEMICAL*PVT LTD*{6500}/BNF/COVER THRU CHASUS33XXX*{7050}:50K:*/      1108*SPL HOLDING
CORPORATION*45 RIVER ROAD SUITE # 100*FLEMINGTON NJ
08822*{7052}:52A:*HANYUS33XXX*{7057}:57A:*INDBINBBXXX*{7059}:59:*/      1941*SPHERE SPECIALTY CHEMICAL
PRIVATE*LTD*{7072}:72:*/REC/IFSC : INDB0000017*
```

## Response Message Text   :

```
#FMHFTFR12  01GWY002270125MMQFMPSN00016301251654FT012 0125B1QGC01R08834201251654FT0120212021
#FMHFTI0811 01XFT811  {1500}30GWY00227P
{1510}1000{1520}20210125MMQFMPSN000163{2000}000014000000{3100}026007362HABIB AMERICAN
BAN*{3320}9900400014183544*{3400}021000021JPMORGAN CHASE
BAN*{3600}CTP{3610}COVS{4200}BINDBINBBXXX*INDUSIND BANK LIMITED(MUMBAI)*INDUSIND HOUSE*425 LAMINGTON
ROAD*MUMBAI 400004*{4320}9900400014183544*{5000}BHANYUS33XXX*HABIB AMERICAN BANK(NEW YORK,NY)*99 MADISON
AVENUE*NEW YORK,NY 10016*NEW YORK,NY*{6000}TT/HAB/NJ/6569/21*PAYMENT FOR PURCHASE OF EQUITY*SHARE OF
```

## Habib American Bank

**Iselin Branch**

**1667 Oak Tree Road, Edison, NJ 08820**

**Phone: (732) 205-1777  Fax: (732) 205-1772**

**SWIFT: HANYUS33XXX**

SPHERE SPECIALTY CHEMICAL*PVT LTD*{6500}/BNF/COVER THRU CHASUS33XXX*{7050}:50K:*▮▮▮▮1108*SPL HOLDING
CORPORATION*45 RIVER ROAD SUITE # 100*FLEMINGTON NJ
08822*{7052}:52A:*HANYUS33XXX*{7057}:57A:*INDBINBBXXX*{7059}:59:*▮▮▮▮▮▮1941*SPHERE SPECIALTY CHEMICAL
PRIVATE*LTD*{7072}:72:*/REC/IFSC : INDB0000017*

Classification: Restricted (22222/18)    Prepared by Jeffrey Kandathil on 2021-01-29 10:04:12 603

# Habib American Bank

**Iselin Branch**

**1667 Oak Tree Road, Edison, NJ 08820**

**Phone: (732) 205-1777  Fax: (732) 205-1772**

**SWIFT: HANYUS33XXX**

## Inward Message Serial 12996121

| | |
|---|---|
| **Message Type** | : Customer Payment |
| **Channel** | : SWIFT |
| **Stage** | : Completed |
| **Amount** | : 125,000.00 |
| **Creation Date** | : Nov 06 2020 03:04:16 PM |
| **Value Date** | : 06-Nov-2020 |
| **Related Reference** | : |
| **Sender Reference** | : |
| **Message Text** | : |

```
Reference           :
Amount              : USD 125,000.00
Value Date          : 06 Nov 2020
Debit Account       : SPL HOLDING CORPORATION (     1108)
Credit Party        :         0021 JPMORGAN CHASE BANK, NA NEW YORK, NY NEW YORK, NY
Party 3             : S/INDBINBBXXX INDUSIND BANK LIMITED (MUMBAI) INDUSIND HOUSE 425 LAMINGTON ROAD
                      MUMBAI 400004
Party 4             : S/INDBINBBBAA INDUSIND BANK LIMITED (VADODARA (BARODA)) (VADODARA (BARODA))
                      VADODARA (BARODA) VADODARA (BARODA) INDIA
Party 5             :         6163 HITESH PATEL
OBI                 : TT/HAB/NJ/6252/2020 INVESTMENT
Ordering Institution :        7362 HABIB AMERICAN BANK NEW YORK, NY
Ordering Party      : /     1108 SPL HOLDING CORPORATION (     1108)
```

## Outward Message Number 13808012

| | |
|---|---|
| **Message Type** | : General Bank Payment |
| **Channel** | : CHIPS |
| **Stage** | : Completed |
| **Message Text** | : |

```
CM-07360001301P20201106160438XXXXXXXXXXXXXXXX-MCQT-10[201]04202011060736[211]0002B11[260]000012500000[270-
]808012[303]COVER[320]9900400013808012*[321]9900400013808012*[420]BINDBINBB*[502]BHANYUS33XXX*HABIB
AMERICAN BANKNEW YORK, NY*[650]/BNF/COVER THRU CHASUS33XXX*[820]021403:50K:/     1108
SPL HOLDING CORPORATION
45 RIVER ROAD SUITE  100
FLEMINGTON NJ 08822
:52A:HANYUS33XXX
:56A:INDBINBBXXX
:57A:INDBINBBBAA
:59:/1000     6163
HITESH PATEL
:70:TT/HAB/NJ/6252/2020
INVESTMENT
-TQ
```

**Response Message Text   :**

```
CM-07360004014P20201106160443PASSWORD123!@#$%-MCQT-38[038]04202011060736101160443001179001179045766216044-
20011781604423-TQ
```

Classification Restricted (22222 18)   Prepared by Jeffrey Kandathil on 2020-11-06 16:40:03.463

# Habib American Bank

**Iselin Branch**

**1667 Oak Tree Road, Edison, NJ 08820**

**Phone: (732) 205-1777  Fax: (732) 205-1772**

**SWIFT: HANYUS33XXX**

## Inward Message Serial 12933946

| | |
|---|---|
| **Message Type** | : Customer Payment |
| **Channel** | : SWIFT |
| **Stage** | : Completed |
| **Amount** | : 75,000.00 |
| **Creation Date** | : Oct 19 2020 01:48:34 PM |
| **Value Date** | : 19-Oct-2020 |
| **Related Reference** | : |
| **Sender Reference** | : |
| **Message Text** | : |

```
Reference           :
Amount              :  USD 75,000.00
Value Date          :  19 Oct 2020
Debit Account       :  SPL HOLDING CORPORATION (████1108)
Credit Party        :  ██████0021 JPMORGAN CHASE BANK, NA NEW YORK, NY NEW YORK, NY
Party 3             :  S/INDBINBBBAA INDUSIND BANK LIMITED (VADODARA (BARODA)) (VADODARA (BARODA))
                       VADODARA (BARODA) VADODARA (BARODA) INDIA
Party 4             :  ██████6163 HITESH PATEL
OBI                 :  TT/HAB/NJ/6153/2020 INVESTMENT
Ordering Institution : ██████7362 HABIB AMERICAN BANK NEW YORK, NY
Ordering Party      :  ████1108 SPL HOLDING CORPORATION (████1108)
```

## Outward Message Number 13718172

| | |
|---|---|
| **Message Type** | : General Bank Payment |
| **Channel** | : CHIPS |
| **Stage** | : Completed |
| **Message Text** | : |

```
CM-07360002732P20201019163154XXXXXXXXXXXXXXXX-MCQT-10[201]04202010190736[211]0002B11[260]000007500000[270-
]718172[303]COVER[320]9900400013718172*[321]9900400013718172*[420]BINDBINBB*[502]BHANYUS33XXX*HABIB
AMERICAN BANKNEW YORK, NY*[650]/BNF/COVER THRU CHASUS33XXX*[820]019603:50K:████1108
SPL HOLDING CORPORATION
45 RIVER ROAD SUITE  100
FLEMINGTON NJ 08822
:52A:HANYUS33XXX
:57A:INDBINBBBAA
:59:/1000████6163
HITESH PATEL
:70:TT/HAB/NJ/6153/2020
INVESTMENT
-TQ
```

| | |
|---|---|
| **Response Message Text** | : |

```
CM-07360007624P20201019163156PASSWORD123!@#$%-MCQT-38[038]042020101907361011631560025700025700047563516315-
60025671631563-TQ
```

Classification: Restricted (22222/18)   Prepared by Jeffrey Kandathil on 2020-10-20 13:07:24.273

Case 1:26-cv-03157 Document 1-1 Filed 04/17/26 Page 21 of 24

# EXHIBIT B



THIS SALE DEED made and executed at Padara District Vadodara this 9th day of March, 2021

Between

Bank of Baroda, a Body Corporate constituted under the Banking Companies (Acquisition and Transfer of Undertakings ) Act, 1970 having its head office at Baroda Bhavan, Alkapuri, R. C. Dutt Road, Baroda/ Authorised Officer ( as per the provisions of SARFAESI Act, 2002), and one of its branch at Zonal Stress Assets Recovery Branch, 4th Floor, Suraj Plaza-III, Sayajiganj, Baroda, hereinafter referred to as "**the BANK**" having PAN No. AAACB1534F (Which Expression shall unless it be repugnant to the context or meaning thereof be deemed to mean and include its executors, administrators, and assigns etc.) **being the Party of the FIRST PART;**

And

M/S. SPHERE SPECIALTY CHEMICALS PRIVATE LIMITED (CIN No. U24233GJ2015PTC083288) through MR. JAYESHCHANDRA SHANTILAL AJAYBHARTI (DIN-07697720) Aged : 52 Years, Occupation Business PAN No. ACIPA7418G Residing at "Revant " Surya Villa part-2, Vinukaka Marg, Bakrol road, Bakrol (Part), Anand Taluka & District Anand, Gujarat-388315, India CIN No. U24233GJ2015PTC083288 Having address at Plot No 342, Effluent Canal Road, Dudhwada-Karkhadi, Gujarat-391440

Hereinafter called "the purchaser/transferee" (which expression shall unless repugnant to the context or meaning thereof shall mean and include his heirs, legal representatives executors, administrators and assigns) of the SECOND PART.

WHEREAS

M/s Newton Engineering and Chemicals Ltd. (Borrower/Guarantor) had mortgaged the said premises Created Security interest with the

FOR, SPHERE SPECIALTY CHEMICALS PVT LTD

DIRECTOR

1

FILED: NEW YORK COUNTY CLERK 03/06/2026 03:46 PM
NYSCEF DOC. NO. 3
Case 1:26-cv-03157 Document 1-1 Filed 04/17/26 Page 23 of 24
INDEX NO. 651409/2026
RECEIVED NYSCEF: 03/06/2026

અનુક્રમણિકા નંબર - ૨

સબ-રજીસ્ટ્રાર કચેરી

Sub-Registrar Office(SRO) Vadodara Padara

| ગામનું નામ | દસ્તાવેજનો પ્રકાર અને અવેજ (ભાડા પટાના કિસ્સામાં આકાર પટે આપનાર અથવા પટે રાખનાર આપે છે તે જણાવવું) | સર્વે નંબર પેટા વિભાગ નંબર અને ઘર નંબર (જો કંઈ પણ હોય તો) | ક્ષેત્રફળ | આકાર અથવા જુડી આપવામાં આવે ત્યારે તે. | દસ્તાવેજ કરી આપનાર પક્ષકારનું નામ અથવા દિવાની કોર્ટના હુકમનામા અથવા આદેશના સંબંધમાં પ્રતિવાદીનું નામ | દસ્તાવેજ કરી લેનાર પક્ષકારનું નામ અથવા દિવાની કોર્ટના હુકમનામા અથવા આદેશના સંબંધમાં વાદીનું નામ | સહીની તારીખ નોંધણીની તારીખ | અનુક્રમ, વોલ્યુમ અને પૃષ્ઠ નંબર | શેરો |
|---|---|---|---|---|---|---|---|---|---|
| દૂધવાડા | માલિકી ફેરબદલ/વેચાણ | Block No. Old Block No. Area<br>334-B  295  0-06-06<br>337-B  298/1  0-14-00<br>338-B  298/2  0-62-03<br>339  299,300,301  02-10-78<br>340  301  0-23-78<br>341  303/1  0-11-89<br>342  303/2  0-16-65<br>343  304/1  0-11-89<br>344  307/1  0-41-62<br>347  307/1  0-41-62<br>348  307/2  0-21-40<br>349  309/2  0-10-70<br>350  308  0-83-24<br>351-B  309/A  0-46-56<br>424  380,381/2  0-41-62<br>425  381/1  0-64-21<br>426  382/3  0-22-59<br>428  382/2  0-11-89<br><br>TOTAL  7-17-56 | | BANK OF BARODA , ZONAL STRESS ASSETS RECOVERY BRANCH, SAYAJIGANJ, BARODA BRANCH THROUGH ITS AUTHORISED OFFICER MR. MANEESH KUMAR SINHA | M/S SPHERE SPECIALTY CHEMICALS PRIVATE LIMITED THROUGH MR. JAYESHCHANDRA SHANTILAL AJAYBHARTI | 10/03/2021<br><br>16/03/2021 | 726 | |
| | શ્રી.110100000.00 | | | | | | | | |

ભાવેશભાઇ જે કાંટાવાળા ની તારીખ 17/03/2021 ના રોજની

અરજી નંબર : 759

તારીખ : 17-03-2021

મુદ્રાંકન કરનાર

નહી સહક

સબ-રજીસ્ટ્રાર

Sub-Registrar Office(SRO) Vadodara Padara

સબ-રજીસ્ટ્રાર

Sub-Registrar Office(SRO) Vadodara Padara

નોંધ: કોમ્પ્યુટર પ્રિન્ટમાં કોઈ પણ રીતે કરેલ સુધારો માન્ય ગણાશે નહી.

પ્રિન્ટ તારીખ : 17/03/2021

Schedule under Section 32A of the Registration Act.

Vendor



Bank of Baroda through Authorised
Officer, Shri Maneesh Kumar Sinha

Purchaser

FOR, SPHERE SPECIALTY CHEMICALS PVT. LTD.

· DIRECTOR

M/S. SPHERE SPECIALTY CHEMICALS
PRIVATE LIMITED





PDR
No ˣ 7 2 6
14
58
2021

